**MEMO ENDORSED**



Phillips & Associates, Attorneys At Law, PLLC
45 Broadway, Suite 430
New York, NY, 10006
Tel: 212-248-7431
Fax: 212-901-2107

March 5, 2024

<u>Via ECF</u>
Honorable Jessica G. L. Clarke
United States District Court
Southern District of New York
500 Pearl Street
New York, New York, 10007

Re:   Aleeya Bethea v. Universal Protection Service, LLC d/b/a Allied Universal
       Case No. 23-cv-09872 (JGLC)

Dear Judge Clarke:

This office represents Plaintiff in the above-referenced matter. On November 13, 2023, the Court noticed the parties of an initial pretrial conference scheduled for March 12, 2024. The parties were directed to file a joint letter and proposed Civil Case Management Plan and Scheduling Order one week before the conference.

The parties submit this joint letter to respectfully request an adjournment of the pretrial conference and an extension of time to file a Proposed Civil Case Management Plan, and Scheduling Order. A mediation is scheduled for this Friday, March 8, 2024, with John Nonna. Therefore, the parties respectfully ask that the Court allow us to adjourn the pretrial conference one week after the scheduled mediation or as soon thereafter as is convenient for the Court, and subsequently submit said Proposed Civil Case Management Plan and Scheduling Order in accordance with the rules of this Court.

We thank Your Honor for your time and consideration.

**PHILLIPS & ASSOCIATES, PLLC**                    **Martenson, Hasbrouck & Simon LLP**

/s/Morgan L. Mickelsen                              /s/Nija M. Davis-Pedlar
Morgan L. Mickelsen, Esq.                           Nija M. Davis-Pedlar, Esq.
Brittany A. Stevens, Esq.                           *Attorneys for Defendant*
*Attorneys for Plaintiff*                           40 Exchange Place, Suite 1502
45 Broadway, Suite 430                              New York, New York 10005
New York, New York 10006                            T: (332) 345-2471
T: (212) 248-7431                                   F: (212) 433-8540
F: (212) 901-2107                                   ndavis-pedlar@martensonlaw.com
mmickelsen@tpglaws.com
bstevens@tpglaws.com

1

---

Application GRANTED. The initial pretrial conference previously scheduled for March 12, 2024 is adjourned to **March 26, 2024** at **11:00 a.m.** The parties' Proposed Civil Case Management Plan is due by **March 19, 2024**. The Clerk of Court is directed to terminate the motion at ECF No. 16.

SO ORDERED.

*Jessica Clarke*

JESSICA G. L. CLARKE
United States District Judge

Dated: March 6, 2024
New York, New York